# EXHIBIT A



July 27, 2021

*Via Online Portal and U.S. Mail*

U.S. Department of Education
Office of the Executive Secretariat
FOIA Service Center
400 Maryland Avenue, SW, LBJ 7W106A
Washington, D.C. 20202-4536
ATTN: FOIA Public Liaison

**Re: Freedom of Information Act Request**

To Whom It May Concern:

Pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, the Center for Renewing America ("CRA") hereby requests that the U.S. Department of Education ("the Department") produce the following records within twenty (20) business days:

Any and all records relating to the Abolitionist Teaching Network ("ATN"), including but not limited to:

(1) records relating to using, discussing, or citing ATN or any material produced by ATN in Department publications or guidance documents;

(2) records relating to any communications between any ATN representative and the Department; and

(3) records relating to any communications between Department officers or employees and any other component of the Executive Branch, including the White House Office, the Executive Office of the President, and any other department or agency of the U.S. Government.

The timeframe of this records request under FOIA is from January 20, 2021, through July 27, 2021.

If the Department claims that any responsive record or portion thereof is exempt from production under FOIA, please provide sufficient identifying information and state the basis of the claim with respect to each allegedly exempt record or record portion to allow us to assess

the propriety of the claimed exemption. See *Vaughn v. Rosen*, 484 F.2d 820, 823–28 (D.C. Cir. 1973). In addition, any reasonably separable portion of a responsive record must be provided, after redaction of any allegedly exempt material. 5 U.S.C. § 552(b).

For purposes of this request, the term "record" shall mean: (1) any written, printed, or typed material of any kind, including but not limited to all correspondence, memoranda, notes, messages, letters, facsimiles, papers, forms, telephone messages, schedules, calendars, minutes, books, reports, lists, ledgers, invoices, receipts, computer printouts, contracts, agreements, and transcripts; (2) any electronically stored material of any kind, including all emails and also including material stored on any personal electronic devices; (3) any audio or visual recordings of any kind; and (4) any materials using other means of preserving information.

For purposes of this request, the term "relating to" means containing, considering, comprising, concerning, discussing, regarding, describing, reflecting, studying, commenting or reporting on, mentioning, or referring, alluding, or pertaining to, in whole or in part.

The Center for Renewing America also hereby requests a waiver of both search fees and duplication fees under 5 U.S.C. 552(a)(4)(A)(i), 5 U.S.C. 552(a)(4)(A)(ii)(II), and 5 U.S.C. 552(a)(4)(A)(iii). CRA is entitled to the waiver of such fees because it is a member of the media as that term is defined in FOIA and construed by the courts, disclosing information that is in the public interest and educating the public about government operations. See *Nat'l Sec. Archive v. Dep't of Def.*, 880 F.2d 1381, 1387 (D.C. Cir. 1989). CRA obtains information on the activities of the federal government, uses editorial skill to translate this information into discrete informational products, and disseminates that information to the public to educate the citizenry of the United States. CRA intends to do so with the information received through this request.

The Center for Renewing America is a nonprofit entity organized under Section 501(c)(3) of the Internal Revenue Code. CRA's mission is to renew an American consensus of a nation under God with unique interests worthy of defending that flow from its people, institutions, and history, where individuals' enjoyment of freedom is predicated on just laws and healthy communities. As such, CRA has a public educational mission rather than commercial interests.

For all these reasons, the Center for Renewing America is entitled to a waiver of fees. However, if for any reason the Department disagrees and thus intends to deny this request, CRA requests that the Department contact CRA prior to incurring any such costs in order to prioritize the Department's efforts.

If the Department does not understand any portion of this request, or if the Department requires clarification of any portion of this request, please contact the Center for Renewing America immediately at 202-656-8825 or contact@americarenewing.com.

The Center for Renewing America looks forward to receiving the records responsive to this request within twenty business days, and a waiver of the aforementioned fees. Thank you for your cooperation and compliance.

Sincerely,

Russell T. Vought
President
Center for Renewing America
300 Independence Ave SE
Washington, D.C. 20003